CLERK'S OFFICE U.S. DIST. COURT
ROANOKE, VA

MAR 02 2015

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ABDUL-HAMZA WALI MUHAMMAD, | ) | CASE NO. 7:14CV00529 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| COMMONWEALTH OF VIRGINIA, ET AL., | ) | By: Glen E. Conrad<br>Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that plaintiff's pending motions and submissions, seeking to amend, add exhibits, or reinstate a claim, or to obtain interlocutory injunctive relief or summary judgment (ECF Nos. 75, 78-79, 82, and 82-91) are **DENIED**; and the defendants are **DIRECTED** to file any motion for summary judgment in response to plaintiff's claims in the first amended complaint within 30 days from entry of this order.

The clerk will send a copy of this order to plaintiff at Sussex I State Prison.

ENTER: This 27th day of February, 2015.

/s/ Glen E. Conrad
Chief United States District Judge